UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**HARWICK ABRAM,**

      **Plaintiff,**

**v.**                                  **Case No. 6:25-cv-1208-CEM-NWH**

**GPAC LLC, and  GPAC LLP,**

      **Defendants.**

_____/

## ORDER

THIS CAUSE is before the Court on Plaintiff's Motion to Proceed *In Forma Pauperis* (Doc. 2). The United States Magistrate Judge issued a Report and Recommendation (Doc. 6), recommending that the Motion be denied and the Complaint be dismissed without prejudice.

After review in accordance with 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72, and noting that no objections were timely filed, the Magistrate Judge's recommended disposition is accepted. Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 6) is **ADOPTED** and made a part of this Order.

2. Plaintiff's Motion to Proceed *In Forma Pauperis* (Doc. 2) is **DENIED**.

3.  The Complaint (Doc. 1) is **DISMISSED without prejudice**.

4.  **On or before September 22, 2025**, Plaintiff may file an Amended Complaint that fully complies with the Report and Recommendation.

5.  Also **on or before September 22, 2025**, Plaintiff shall either file a renewed Motion to Proceed *In Forma Pauperis* or pay the filing fee.

6.  Failure to comply with this Order will result in the closure of this case without further notice.

**DONE** and **ORDERED** in Orlando, Florida on September 3, 2025.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Unrepresented Party